# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00078-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

WINN ROBIN WATER,

    Plaintiff,

v.

SWEDISH MEDICAL CENTER,

    Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY
---

Plaintiff has submitted a Title VII Complaint, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Letter. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ other _____

**Complaint or Petition**:
- (9)    __   is not submitted
- (10)   __   is not on proper form (must use the court's current form)
- (11)   __   is missing an original signature by the Plaintiff
- (12)   _X_  is incomplete: <u>missing pages 3-5</u>
- (13)   __   uses et al. instead of listing all parties in caption
- (14)   __   names in caption do not match names in text
- (15)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (16)   _X_  other: <u>submitted EEOC documents do not include a copy of the charge of discrimination</u>.

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Title VII Complaint form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED January 30, 2012, at Denver, Colorado.

                                               BY THE COURT:

                                               s/ Boyd N. Boland
                                               United States Magistrate Judge