IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00078-MSK-MJW

WINN ROBIN WATERS,

    Plaintiff,

v.

SWEDISH MEDICAL CENTER,

    Defendant.

## ORDER GRANTING MOTION TO STAY DISCOVERY AND FURTHER PROCEEDINGS ( Docket p. 17 )

THIS MATTER is before the Court on Unopposed Motion to Stay Discovery and Other Proceedings (filed on April 19, 2012) pending a ruling on Defendant's Motion to Dismiss (Doc. No. 13, filed March 20, 2012). The Court, having reviewed the Motion to Stay, and otherwise being fully apprised, hereby finds that good cause exists for the relief sought and therefore grants the Motion to Stay.

IT IS ORDERED that Defendant's Motion to Stay is GRANTED. Discovery and other proceedings are hereby stayed for a reasonable time (not to exceed two weeks) pending the Court's final determination on Defendant's Motion to Dismiss.

IT IS FURTHER ORDERED that the Scheduling Conference currently set for May 15, 2012 at 10:00 a.m. is VACATED and all related deadlines are stayed.

DATED this 23rd day of April, 2012

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO